UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSE CORREA,

Defendant.

**INFORMATION**

24 Cr.

24 CRIM  685

## COUNT ONE
**(Violation of the Clean Air Act)**

The United States Attorney charges:

From in or about November 2022 to in or about December 2022, in the Southern District of New York and elsewhere, JOSE CORREA, the defendant, negligently released into the ambient air asbestos, a hazardous air pollutant listed pursuant to Section 7412 of the Clean Air Act, and at the time negligently placed another person in imminent danger of death and serious bodily injury; to wit, CORREA removed asbestos-containing floor tiles and mastic from a supermarket in Manhattan without hiring an asbestos abatement contractor, and instead by using construction workers who were not provided with protective gear, thereby releasing asbestos into the ambient air and placing the workers in imminent danger of death and serious bodily injury.

(Title 42, United States Code, Section 7413(c)(4) and
Title 18, United States Code, Section 2.)

DAMIAN WILLIAMS
United States Attorney